THE STATE OF NEW JERSEY, PLAINTIFF IN ERROR, v. ROBERT TAYLOR, DEFENDANT IN ERROR.

On error to the Supreme Court.   For opinion of Supreme Court see *ante p.* 49.

For the plaintiff in error, *Howard W. Hayes.*

For the defendant in error, *John W. Wartman.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, ABBETT, LIPPINCOTT, REED, VAN SYCKEL, BOGERT, BROWN, KRUEGER, SMITH.    9.

*For reversal*—None.